UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Diane Marie Landry                                    Civil Action No. 11-1375

versus                                               Judge Tucker L. Melançon

Commissioner of Social Security                       Magistrate Judge Hill

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report

and Recommendation.  After an independent review of the record and the applicable

jurisprudence, including plaintiff's objections, *R. 12*, the Court concludes that the Report and

Recommendation of the Magistrate Judge is correct, and therefore adopts the conclusions set

forth therein as its own.

Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED** and that

this action be **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Lafayette, Louisiana this 4th day of October, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE